UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:23-CV-44-FL |
| NORTH CAROLINA STATE | ) | |
| UNIVERSITY | ) | |
| Defendant | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 11, 2023, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted.

**This Judgment Filed and Entered on September 11, 2023, and Copies To:**
Kerstin Walker Sutton (via CM/ECF Notice of Electronic Filing)
Alex J. Hagan, Dixie Wells, Jeremy Falcone (via CM/ECF Notice of Electronic Filing)

September 11, 2023              PETER A. MOORE, JR., CLERK

       /s/ Sandra K. Collins
      (By) Sandra K. Collins, Deputy Clerk